UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARNOLD & PORTER KAYE SCHOLER LLP,

        Plaintiff,

v.

EQUATORIAL CONGO AIRLINES, S.A.,

        Defendant.

**Request for Clerk's Certificate of Default**

Civil Action No. 1:17-cv-8905 (JGK)

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Plaintiff Arnold & Porter Kaye Scholer LLP requests a Clerk's certificate of entry of default. In an accompanying declaration, I affirm that the party against whom the judgment is sought:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. Civ. P. 4 and proof of service having been filed with the court;

4) has defaulted in appearance in the above captioned action.

_____
Jeffrey A. Fuisz
February 16, 2018

*Attorney for Plaintiff Arnold & Porter Kaye Scholer LLP*