UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARNOLD & PORTER KAYE SCHOLER LLP,

        Plaintiff,

        v.

EQUATORIAL CONGO AIRLINES, S.A.,

        Defendant.

Case No. 17-CV-8905 (JGK) (BCM)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Arnold & Porter Kaye Scholer LLP ("APKS") hereby voluntarily dismisses with prejudice the claims asserted in the above-captioned action against Defendant Equatorial Congo Airlines S.A. ("ECAir").

Dated: New York, New York
September 19, 2018

ARNOLD & PORTER KAYE SCHOLER LLP

By:    /s/ Jeffrey A. Fuisz
Jeffrey A. Fuisz
William Madden
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212 836 8000

Robert Barnes, *of counsel*
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213 243 4000

*Attorneys for Plaintiff*
*Arnold & Porter Kaye Scholer LLP*